# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **NEEKA HURST** *and* | § | **PLAINTIFFS** |
| **JANE DOE,** *a minor, by and* | § | |
| *through her parent and next friend,* | § | |
| *Neeka Hurst* | § | |
| | § | |
| | § | |
| **v.** | § | **Civil No. 1:19cv8-HSO-JCG** |
| | § | |
| | § | |
| **ROSE ESPINOSA** | § | **DEFENDANT** |

## FINAL JUDGMENT OF DISMISSAL

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is dismissed with prejudice as to all parties.

**SO ORDERED** this the 19th day of August, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE